BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA J. MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
JOHN C. SHIRTS, COLORADO STATE BAR NO. 46945
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEX BENNETT GOODWIN,<br><br>Defendant. | Case No. CR-17-296-E-DCN<br><br>**UNITED STATES OF AMERICA'S MOTION IN LIMINE TO ADMIT "OTHER ACT" EVIDENCE** |

The United States of America, by and through Bart M. Davis, United States Attorney for

the District of Idaho, and the undersigned Assistant United States Attorneys for the District of

Idaho, hereby moves this Court for a pretrial ruling regarding the admissibility of the following

"other act" evidence during the presentation of its case-in-chief at trial:

a.  Evidence that between May and June of 2009, the defendant communicated
electronically with T.C., a woman in Indiana, during which he discussed his sexual
interest in children and requested that T.C. take nude photographs of children and
send them to him.

**UNITED STATES OF AMERICA'S MOTION IN LIMINE TO ADMIT "OTHER ACT"
EVIDENCE  - 1**

b.  Evidence that images were found on the defendant's Samsung cellphone showing "Jane Doe II's" underwear on the defendant's bare and erect penis.

c.  Evidence of emails sent from the lexinpocatello@gmail.com account to various females requesting to engage in sexual activity.

d.  Evidence of search terms and internet history that were found on the Gateway laptop computer that relate to child pornography and a sexual interest in children.

On March 1, 2019, the Government filed a Notice of Intent to Introduce "Other Act" Evidence wherein the Government set forth the legal bases and its argument for introduction of the above-described evidence. The Government relies on the Notice filed on March 1, 2019, to support its argument that the above-described evidence is admissible at trial. The Government respectfully requests that this Court issue a pretrial ruling on the admissibility of the evidence.

Respectfully submitted this 15th day of April, 2019.


BART M. DAVIS
UNITED STATES ATTORNEY


*/s/ Kassandra J. McGrady*
KASSANDRA J. MCGRADY
Assistant United States Attorney

*/s/ John C. Shirts*
JOHN C. SHIRTS
Assistant United States Attorney


**UNITED STATES OF AMERICA'S MOTION IN LIMINE TO ADMIT "OTHER ACT" EVIDENCE  - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on, April 15, 2019, the foregoing **UNITED STATES OF AMERICA'S MOTION IN LIMINE TO ADMIT "OTHER ACT" EVIDENCE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| | |
|---|---|
| Manuel T. Murdoch<br>PO Box 822<br>Blackfoot, ID 83221<br>manuelmurdoch@gmail.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |

      /s/ Christy Gunderson

Legal Assistant

**UNITED STATES OF AMERICA'S MOTION IN LIMINE TO ADMIT "OTHER ACT" EVIDENCE  - 3**