BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA J. MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
JOHN C. SHIRTS, COLORADO STATE BAR NO. 46945
ASSISTANT UNITED STATES ATTORNEY
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEX BENNETT GOODWIN,<br><br>Defendant. | Case No. CR-17-296-E-DCN<br><br>**STIPULATION OF FACT REGARDING DEVICES MAILED, SHIPPED, AND TRANSPORTED IN AND AFFECTING INTERSTATE AND FOREIGN COMMERCE** |

The United States of America, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorneys for the District of Idaho, and the Defendant, Lex Bennett Goodwin, by and through his attorney of record, Manuel Murdoch, hereby stipulate to the following facts for admission and consideration by the jury at the trial scheduled in this action on May 20, 2019.

**STIPULATION OF FACT REGARDING DEVICES MAILED, SHIPPED, AND TRANSPORTED IN OR AFFECTING INTERSTATE AND FOREIGN COMMERCE - 1**

The Samsung Galaxy S7 SM-G930P cellphone (MEID 089476327100090500) and the micro SD card found installed in the cellphone were mailed, shipped, and transported in and affecting interstate and foreign commerce.

The Hitachi hard drive (Serial Number: B7DR34EL) found inside the Gateway laptop computer (Serial Number: LXWM9020060271508E1601) was mailed, shipped, and transported in and affecting interstate and foreign commerce.

The internet is facility of interstate and foreign commerce.

Respectfully submitted this 6th day of May, 2019.

BART M. DAVIS
UNITED STATES ATTORNEY

*/s/ Kassandra J. McGrady*
KASSANDRA J. MCGRADY
Assistant United States Attorney

*/s/ John C. Shirts*
JOHN C. SHIRTS
Assistant United States Attorney

Respectfully submitted this 25 day of April, 2019.

MANUEL MURDOCH
Attorney for Lex Bennett Goodwin

**STIPULATION OF FACT REGARDING DEVICES MAILED, SHIPPED, AND TRANSPORTED IN OR AFFECTING INTERSTATE AND FOREIGN COMMERCE - 2**