May 23, 2019

Trial Exhibits

CR 17-296-E-DCN

USA V Lex Bennett Goodwin

# UNITED STATES DISTRICT COURT
## District of Idaho

## AMENDED Exhibit List

| Case Name: UNITED STATES | Plaintiff's Attorney: Kassandra McGrady / John Shirts |
|---|---|
| vs. LEX BENNETT GOODWIN | Defendant's Attorney: Manuel Murdoch |
| Docket No.: CR-17-296-E-DCN | Trial Dates: May 20, 2019 | Courtroom Deputy: Pam Fulwyler |
| Presiding Judge: Honorable David C. Nye | Court Reporter: Katherine Eismann |

Party Offering Exhibits: United States

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1000 | 5/20/19 | ✓ | | | 08/03/2017 SE Image of Jane Doe I (20170803_184021.jpg) | |
| 1000a | // | ✓ | | | EXIF/Location/Upload Data of 08/03/2017 SE Image of Jane Doe I (20170803_184021.jpg) | |
| 1001 | // | ✓ | | | 08/03/2017 SE Image of Jane Doe I (20170803_184030.jpg) | |
| 1001a | // | ✓ | | | EXIF/Location/Upload Data of 08/03/2017 SE Image of Jane Doe I (20170803_184030.jpg) | |
| 1002 | // | ✓ | | | 08/03/2017 SE Image of Jane Doe I (20170803_184033.jpg) | |
| 1002a | // | ✓ | | | EXIF/Location/Upload Data of 08/03/2017 SE Image of Jane Doe I (20170803_184033.jpg) | |
| 1003 | // | ✓ | | | 08/03/2017 SE Image of Jane Doe I (20170803_184042.jpg) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1003a | 5/20/19 | √ | | | | EXIF/Location/Upload of 08/03/2017 SE Image of Jane Doe I (20170803_184042.jpg) | |
| 1004 | // | √ | | | | 08/03/2017 SE Image of Jane Doe I (20170803_184043.jpg) | |
| 1004a | // | √ | | | | EXIF Data of 08/03/2017 SE Image of Jane Doe I (20170803_184043.jpg) | |
| 1005 | // | √ | | | | Image of the Defendant and K.T. in a car located in lexgoodwin85 account (20170803_152550) | |
| 1005a | // | √ | | | | EXIF/Location/Upload Data of Image of K.T. and Defendant in a car | |
| 1006 | // | √ | | | | Image of Defendant and K.T. in a car located in lexgoodwin85 account (20170803_152606) | |
| 1006a | // | √ | | | | EXIF/Location/Upload Data of Image of K.T. and Defendant in a car | |
| 1007 | // | √ | | | | An image of souvenirs found in lexgoodwin85 account (20170803_164857) | |
| 1007a | // | √ | | | | EXIF/Location/Upload Data of Image of souvenirs | |
| 1007b | // | √ | | | | GPS map location for image of souvenirs | |
| 1008 | // | √ | | | | Image of Defendant found in lexgoodwin85 account (20170803_205410). | |
| 1008a | // | √ | | | | EXIF/Location/Upload Data of image of Defendant | |
| 1009 | // | √ | | | | Image of Defendant found in lexgoodwin85 account (20170803_205421) | |
| 1009a | // | √ | | | | EXIF/Location/Upload Data of image of Defendant | |
| 1010 | // | √ | | | | Image of K.T. in the bathtub found in lexgoodwin85 account (20170803_213043) | |
| 1010a | // | √ | | | | EXIF/Location/Upload Data of image of K.T. in the bathtub | |
| 1011 | // | √ | | | | Image of K.T. in the bathtub found in lexgoodwin85 account (20170803_213045) | |
| 1011a | // | √ | | | | EXIF/Location/Upload Data of image of K.T. in the bathtub | |
| 1012 | // | √ | | | | Certified Sprint records | |
| 1013 | // | √ | | | | Roedel Photo of the front of Samsung cellphone | |
| 1014 | // | √ | | | | Roedel Photo of the back of Samsung cellphone | |
| 1015 | // | √ | | | | Roedel Photo of Samsung with SD card | |
| 1016 | // | √ | | | | Roedel Photo of SD card from Samsung Cellphone | |
| 1017 | // | √ | | | | 10-6-17 Photo of Outside of K.T.'s Residence | |
| 1018 | // | √ | | | | 10-6-17 Photo of Jane Doe I's crib and bedding | |
| 1019 | // | √ | | | | 10-6-17 Photo of K.T.'s Samsung cellphone | |
| 1020 | 5/21/19 | | | √ | Adm | 10-6-17 Photo of Gateway laptop computer on table | |
| 1021 | 5/20/19 | √ | | | | 10-6-17 Photo of Samsung Cellphone boxes in bag | |

| # | Date | ✓ | ✓ | Adm | Description | |
|---|---|---|---|---|---|---|
| 1022 | 5/20/19 | ✓ | | | 10-6-17 Photo of Samsung Cellphone boxes | |
| 1023 | ✓ | ✓ | | | 10-6-17 Photo of Table | |
| 1024 | 5/21/19 | | ✓ | Adm | Gateway laptop computer seized on 10-6-17 | |
| 1025 | 5/20/19 | ✓ | | | Samsung Cellphone seized on 10-6-17 | |
| 1026 | 5/21/19 | | ✓ | Adm | Roedel Photo of Gateway laptop computer | |
| 1027 | " | | " | " | Roedel Photo of Inside of Gateway laptop | |
| 1028 | " | | " | " | Roedel Photo of Hitachi Hard Drive | |
| 1029 | 5/20/19 | ✓ | | | Business Records Affidavit from Google (lexinpocatello) | |
| 1029a | | | | | Thumb drive containing contents of lexinpocatello account | |
| 1030 | 5/20/19 | ✓ | | | Business Records Affidavit from Google (lexgoodwin 85) | |
| 1030a | | | | | Thumb drive containing contents of lexgoodwin85 account | |
| 1031 | 5/20/19 | ✓ | | | 08/12/2017 SE Image of Jane Doe I (20170812_084357.jpg) | |
| 1031a | " | ✓ | | | EXIF/Location/Upload Data of 08/12/2017 SE Image of Jane Doe I (20170812_084357.jpg) | |
| 1032 | " | ✓ | | | 08/12/2017 SE Image of Jane Doe I (20170812_084403.jpg) | |
| 1032a | " | ✓ | | | EXIF/Location/Upload Data of 08/12/2017 SE Image of Jane Doe I (20170812_084403.jpg) | |
| 1033 | " | ✓ | | | 08/12/2017 SE Image of Jane Doe I (20170812_084409.jpg) | |
| 1033a | " | ✓ | | | EXIF/Location/Upload Data of 08/12/2017 SE Image of Jane Doe I (20170812_084409.jpg) | |
| 1034 | " | ✓ | | | 08/12/2017 Image of Jane Doe I (20170812_173318.jpg) | |
| 1034a | " | ✓ | | | EXIF/Location/Upload Data of 08/12/2017 Image of Jane Doe I (20170812_173318.jpg) | |
| 1035 | " | ✓ | | | 08/12/2017 Image of Jane Doe I (20170812_173319.jpg) | |
| 1035a | " | ✓ | | | EXIF/Location/Upload Data of 08/12/2017 Image of Jane Doe I (20170812_173319.jpg) | |
| 1036 | " | ✓ | | | Image of Jane Doe I in her highchair (20170812_183112) | |
| 1036a | " | ✓ | | | EXIF/Location/Upload Data of image of Jane Doe I in her high chair | |
| 1037 | " | ✓ | | | Image of Jane Doe I in her high chair (20170812_183104) | |
| 1037a | " | ✓ | | | EXIF/Location/Upload Data of image of Jane Doe I | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | in her high chair (20170812_183104) | |
| 1038 | 5/20/19 | ✓ | | | Image of Jane Doe I in her high chair (20170812_183112) | |
| 1038a | ʺ | ✓ | | | EXIF/Location/Upload Data of image of Jane Doe I in her high chair(20170812_183112) | |
| 1039 | ʺ | ✓ | | | Image of child pornography uploaded on 08/12/2017 to lexgoodwin85 account (imgsrc.ru_52564804tYp.jpg) | |
| 1039a | ʺ | ✓ | | | Location/Upload Data of image imgsrc.ru_52564804tYp.jpg | |
| 1040 | ʺ | ✓ | | | Image of child pornography uploaded on 08/12/2017 to lexgoodwin85 account (imgsrc.ru_52565397Xdp) | |
| 1040a | ʺ | ✓ | | | Location/Upload Data of image imgsrc.ru_52565397Xdp | |
| 1041 | ʺ | ✓ | | | Image of child pornography uploaded on 08/12/2017 to lexgoodwin85 account (imgsrc.ru_52567357lXr.jpg) | |
| 1041a | ʺ | ✓ | | | Location/Upload Data of image imgsrc.ru_52567357lXr.jpg | |
| 1042 | 5/21/19 | | ✓ | Adm | 08/13/2017 SE Image of Jane Doe I (20170813_072217.jpg) | |
| 1042a | ʺ | | ✓ | ʺ | EXIF/Location/Upload Data of 08/13/2017 SE Image of Jane Doe I (20170813_072217.jpg) | |
| 1043 | ʺ | | ✓ | ʺ | 08/13/2017 SE Image of Jane Doe I (20170813_072230.jpg) | |
| 1043a | ʺ | | ✓ | ʺ | EXIF/Location/Upload Data of 08/13/2017 SE Image of Jane Doe I (20170813_072230.jpg) | |
| 1044 | 5/20/19 | ✓ | | | 08/13/2017 image of Jane Doe I in her high chair (20170813_074204) | |
| 1044a | ʺ | ✓ | | | EXIF/Location/Upload of image of Jane Doe I in her high chair (20170813_074204) | |
| 1045 | ʺ | ✓ | | | 08/13/2107 image of Jane Doe II loading the dishwasher (20170813_174856) | |
| 1045a | ʺ | ✓ | | | EXIF/Location/Upload Data of image of Jane Doe II loading the dishwasher (20170813_174856) | |
| 1046 | ʺ | ✓ | | | Image of pink owl seized from K.T.'s residence | |
| 1047 | ʺ | ✓ | | | Image of Pooh clothing seized from K.T.'s residence | |
| 1048 | ʺ | ✓ | | | Image of Pooh clothing in dresser drawer at K.T.'s residence | |
| 1049 | ʺ | ✓ | | | Pooh clothing seized from K.T.'s residence | |
| 1050 | 5/21/19 | | ✓ | Adm | Image of Defendant with blue and orange | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | underwear by his head (07322c6b-6623-4d25-a0b7-d85899f8496e.jpg) | |
| 1050a | 5/21/19 | | ✓ | | Adm | Location/Upload Data of image of Defendant with blue and orange underwear by his head (07322c6b-6623-4d25-a0b7-d85899f8496e.jpg) | |
| 1051 | 5/20/19 | | ✓ | | | One image of child pornography uploaded to lexgoodwin85 on 08/13/2017 (IMG_20170813_044318.jpg) | |
| 1051a | '' | | ✓ | | | Location/Upload Data of image IMG_20170813_044318.jpg | |
| 1052 | 5/21/19 | | ✓ | | Adm | 09/30/2017 SE Image of Jane Doe I (20170930_074159.jpg) | |
| 1052a | '' | | '' | | '' | EXIF/Location/Upload Data of 09/30/2017 SE Image of Jane Doe I (20170930_074159.jpg) | |
| 1053 | '' | | '' | | '' | 09/30/2017 SE Image of Jane Doe I (20170930_074210.jpg) | |
| 1053a | '' | | '' | | '' | EXIF/Location/Upload Data of 09/30/2017 SE Image of Jane Doe I (20170930_074210.jpg) | |
| 1054 | '' | | '' | | '' | 09/30/2017 SE Image of Jane Doe I (20170930_074410.jpg) | |
| 1054a | '' | | '' | | '' | EXIF/Location/Upload Data of 09/30/2017 SE Image of Jane Doe I (20170930_074410.jpg) | |
| 1055 | '' | | '' | | '' | 09/30/2017 SE Image of Jane Doe I (20170930_075104.jpg) | |
| 1055a | '' | | '' | | '' | EXIF/Location/Upload Data of 09/30/2017 SE Image of Jane Doe I (20170930_075104.jpg) | |
| 1056 | 5/20/19 | | ✓ | | | Image of Jane Doe I wearing ladybug clothing created on 09/29/2017 (20170929_161610) | |
| 1056a | '' | | ✓ | | | EXIF/Location/Upload Data of Jane Doe I wearing ladybug clothing created on 09/29/2017 (20170929_161610) | |
| 1057 | '' | | ✓ | | | Image of Jane Doe I wearing ladybug clothing with sippy cup created on 09/29/2017 (20170929_180414) | |
| 1057a | '' | | ✓ | | | EXIF/Location/Upload Data of Image of Jane Doe I wearing ladybug clothing with sippy cup created on 09/29/2017 (20170929_180414) | |
| 1058 | '' | | ✓ | | | Image of Jane Doe I wearing ladybug clothing created on 09/29/2017 (20170929_183148) | |
| 1058a | '' | | ✓ | | | EXIF/Location/Upload Data of Jane Doe I wearing ladybug clothing created on 09/29/2017 (20170929_183148) | |
| 1059 | 5/21/19 | | ✓ | | Adm | Cellphone created collage image of two images of Jane Doe I found on the Samsung (one image is SE) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1060 | 5/20/19 | \ | | | | Video file of Jane Doe I in her crib created on 10/01/2017 (20171001_134716.mp4) | |
| 1060a | ,, | \ | | | | Location and Upload Data of video file of Jane Doe I in her crib created on 10/01/2017 (20171001_134716.mp4) | |
| 1061 | ,, | \ | | | | Image of pink blanket seized from K.T.'s residence | |
| 1062 | ,, | \ | | | | Image of ladybug clothing seized from K.T.'s residence | |
| 1063 | ,, | \ | | | | Ladybug clothing seized from K.T.'s residence | |
| 1064 | ,, | \ | | | | Image of Pooh crib sheet | |
| 1065 | ,, | \ | | | | Image of crib with Pooh crib sheet | |
| 1066 | ,, | \ | | | | Image of child pornography uploaded to lexgoodwin85 account on 09/30/2017 (C3cFoFv-KDSDu2YV.1506767098.jpg) | |
| 1066a | ,, | \ | | | | Location/Upload Data of child pornography uploaded to lexgoodwin85 account on 09/30/2017 (C3cFoFv-KDSDu2YV.1506767098.jpg) | |
| 1067 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153841.jpg) | |
| 1067a | ,, | \ | | | | EXIF Data of 08/13/2017 Image of Jane Doe II in her underwear (20170813_153841.jpg) | |
| 1068 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153848.jpg) | |
| 1068a | ,, | \ | | | | EXIF Data of 08/13/2017 Image of Jane Doe II in underwear (20170813_153848.jpg) | |
| 1069 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153902.jpg) | |
| 1069a | ,, | \ | | | | EXIF Data of 08/13/2017 Image of Jane Doe II in underwear (20170813_153902.jpg) | |
| 1070 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153903.jpg) | |
| 1070a | ,, | \ | | | | EXIF Data of 08/13/2017 Image of Jane Doe II in underwear (20170813_153903.jpg) | |
| 1071 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153911.jpg) | |
| 1071a | ,, | \ | | | | EXIF Data of 08/13/2017 Image of Jane Doe II in underwear (20170813_153911.jpg) | |
| 1072 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153913.jpg) | |
| 1072a | ,, | \ | | | | EXIF Data of 08/13/2017 Image of Jane Doe II in underwear (20170813_153913.jpg) | |
| 1073 | ,, | \ | | | | 08/13/2017 Image of Jane Doe II in her underwear (20170813_153915.jpg) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1073a | 5/20/19 | | ～ | | EXIF Data of 08/13/2017 Image of Jane Doe II in underwear (20170813_153915.jpg) | |
| 1074 | ′′ | | ～ | | Image of Frozen clothing seized from K.T.'s residence | |
| 1075 | ′′ | | ～ | | Image of Frozen clothing in dresser drawer at K.T.'s residence | |
| 1076 | ′′ | | ～ | | Image of underwear with blue trim in dresser drawer at K.T.'s residence | |
| 1077 | 5/21/19 | | ～ | Adm | Image of Defendant in underwear located in the lexgoodwin85 account (20170806_000130.jpg) | |
| 1077a | ′′ | | ′′ | ′′ | EXIF/Location/Upload Data from image of Defendant in underwear located in the lexgoodwin85 account (20170806_000130.jpg) | |
| 1077b | ′′ | | ′′ | ′′ | GPS map location for image of Defendant in his underwear located in the lexgoodwin85 account (20170806_000130.jpg) | |
| 1078 | ′′ | | ′′ | ′′ | Image of a penis with a remote control (20170805_164308) | |
| 1078a | ′′ | | ′′ | ′′ | EXIF/Location/Upload Data for image of a penis with a remote control (20170805_164308) | |
| 1078b | ′′ | | ′′ | ′′ | GPS map location for image of a penis with a remote control (20170805_164308) | |
| 1079 | ′′ | | ′′ | ′′ | Image of Defendant in a car (20170805_164427) | |
| 1079a | ′′ | | ′′ | ′′ | EXIF/Location/Upload Data for Image of Defendant in a car (20170805_164427) | |
| 1079b | ′′ | | ′′ | ′′ | GPS map location for image of Defendant in a car (20170805_164427) | |
| 1080 | 5/21/19 | | ～ | Adm | Image of a penis with Jane Doe II's Happy Happy underwear taken on 08/23/2017 (20170823_153755.jpg) | |
| 1080a | ′′ | | ′′ | ′′ | EXIF/Location/Upload Data for image of a penis with Jane Doe II's Happy Happy underwear taken on 08/23/2017 (20170823_153755.jpg) | |
| 1080b | ′′ | | ′′ | ′′ | GPS map location for image of a penis with Jane Doe II's Happy Happy underwear taken on 08/23/2017 (20170823_153755.jpg) | |
| 1081 | ′′ | | ′′ | ′′ | Image of a penis with Jane Doe II's Happy Happy underwear on the floor taken on 08/23/2017 (20170823_153729.jpg) | |
| 1081a | ′′ | | ′′ | ′′ | EXIF/Location/Upload Data for image of a penis with Jane Doe II's Happy Happy underwear on the floor taken on 08/23/2017 (20170823_153729.jpg) | |
| 1081b | ′′ | | ′′ | ′′ | GPS map location for image of a penis with Jane Doe II's Happy Happy underwear on the floor | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | taken on 08/23/2017 (20170823_153729.jpg) | |
| 1082 | 5/21/19 | | ∨ | Adm | Image of a penis in Jane Doe II's Happy Happy underwear taken on 08/23/2017 (20170823_153804.jpg) | |
| 1082a | ″ | | ″ | ″ | EXIF/Location/Upload Data for image of a penis in Jane Doe II's Happy Happy underwear taken on 08/23/2017 (20170823_153804.jpg) | |
| 1082b | ″ | | ″ | ″ | GPS map location for image of a penis in Jane Doe II's Happy Happy underwear taken on 08/23/2017 (20170823_153804.jpg) | |
| 1083 | ″ | | ″ | ″ | Image of Jane Doe II's Happy Happy underwear seized during search warrant of K.T.'s residence | |
| 1084 | ″ | | ″ | ″ | Image of Jane Doe II's Happy Happy underwear in dresser drawer at K.T.'s residence | |
| 1085 | ″ | | ″ | ″ | Image of a penis being manually manipulated with blue and orange underwear on the floor located in lexgoodwin85 account (20170823_153214_017) | |
| 1085a | ″ | | ″ | ″ | EXIF/Location/Upload Data for image of a penis being manually manipulated with blue and orange underwear on the floor located in lexgoodwin85 account (20170823_153214_017) | |
| 1085b | ″ | | ″ | ″ | GPS map location for image of a penis being manually manipulated with blue and orange underwear on the floor located in lexgoodwin85 account (20170823_153214_017) | |
| 1086 | ″ | | ″ | ″ | Five total excel spreadsheets of file information for child pornography images possessed by the Defendant | |
| 1087 | 5/20/19 | | ∨ | | Child Pornography Image from CinderblockBlue series located on Samsung cell phone | |
| 1088 | ″ | | ∨ | | Child Pornography Image from sasyset series located on Samsung cell phone | |
| 1089 | ″ | | ∨ | | Child Pornography Image from aprilblonde series located in the lexgoodwin85 account | |
| 1089a | ″ | | ∨ | | Upload Data from Child Pornography Image from aprilblonde series located in the lexgoodwin85 account | |
| 1090 | ″ | | ∨ | | Child Pornography Image from Wood Stove series located in the lexgoodwin85 account | |
| 1090a | ″ | | ∨ | | Upload Data for Child Pornography Image from Wood Stove series located in the lexgoodwin85 account | |
| 1091 | ″ | | ∨ | | Screenshot from Child Pornography video from Gestell series located in the lexinpocatello account | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1091a | 5/20/19 | ✓ | | | Screenshot from Child Pornography video from Gestell series located in the lexinpocatello account | |
| 1091b | " | ✓ | | | Screenshot from Child Pornography video from Gestell series located in the lexinpocatello account | |
| 1091c | " | ✓ | | | Screenshot from Child Pornography video from Gestell series located in the lexinpocatello account | |
| 1091d | " | ✓ | | | Screenshot from Child Pornography video from Gestell series located in the lexinpocatello account | |
| 1091e | " | ✓ | | | Upload Data for the Child Pornography Video from the Gestell series located in the lexinpocatello account | |
| 1092 | 5/21/19 | | | Adm | Child Pornography Image from Coralie series located on the Gateway laptop | |
| 1093 | 5/20/19 | ✓ | | | Close-up Image of broken thumbnail | |
| 1093a | " | ✓ | | | EXIF/Location/Upload Data for close-up image of broken thumbnail (20170731_090656.jpg) | |
| 1094 | " | ✓ | | | Image of broken thumbnail (20170731_090710.jpg) | |
| 1094a | " | ✓ | | | EXIF/Location/Upload Data for image of broken thumbnail (20170731_090710.jpg) | |
| 1095 | " | ✓ | | | 8-2-16 email sent from lexinpocatello to lexgoodwin85 containing Defendant's resume | |
| 1096 | " | ✓ | | | 8-2-16 email sent from lexgoodwin85 to career advisor | |
| 1097 | " | ✓ | | | 8-22-16 email from lexgoodwin 85 to new york life | |
| 1098 | " | ✓ | | | 9-1-16 email sent from lexgoodwin85 to Becky Hagan | |
| 1099 | " | ✓ | | | 9-1-16 email from lexgoodwin85 to Peggy Durham | |
| 1100 | | | | | 7-12-17 and 7-13-17 email sent from lexinpocatello to craigslist user | |
| 1101 | | | | | 7-14-17 email sent from lexinpocatello to craigslist user | |
| 1102 | | | | | 7-14-17 email sent from lexinpocatello to craigslist user | |
| 1103 | | | | | 7-14-17 and 7-17-2017 email sent from lexinpocatello to craigslist user | |
| 1104 | | | | | 7-23-17 email sent from lexinpocatello to craigslist user | |
| 1105 | | | | | 7-23-17 email sent from lexinpocatello to craigslist user | |
| 1106 | 5/20/19 | ✓ | | | 9-23-17 email sent from lexgoodwin85 to Josh Rector | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1107 | 5/20/19 | ✓ | | | | 9-29-17 email from lexgoodwin85 to Josh Rector | |
| 1108 | | | | | | Excel Spreadsheet with Chrome Web History from the Gateway laptop | |
| 1109 | | | | | | Excel Spreadsheet with Google Searches from Gateway laptop | |
| 1110 | | | | | | Excel Spreadsheet with Pornography URL's from Gateway laptop | |
| 1111 | | | | | | Excel Spreadsheet with Parsed Search Queries from Gateway laptop | |
| 1112 | 5/20/19 | ✓ | | | | Redacted Audio of Interview with the Defendant | |
| 1113 | '' | ✓ | | | | 8-3-17 email from lexgoodwin85 to lexinpocatello sharing the Photo Album "Mmm" | |
| 1114 | '' | ✓ | | | | 8-5-17 email from lexgoodwin85 to lexinpocatello sharing Google Photos Library | |
| 1115 | '' | ✓ | | | | Certified ISP Sex Offender Registry Records | |
| 1116 | 5/20/19 | | | ✓ | Adm | Pictures of June 4 through June 10 text messages from the Defendant to T.C. | |
| 1117 | 5/21/19 | | | ✓ | Adm | REDACTED 08/13/2017 SE Image of Jane Doe I (20170813_072217.jpg) | |
| 1118 | '' | | | ✓ | '' | REDACTED 09/30/2017 SE Image of Jane Doe I (20170930_074410.jpg) | |
| 1119 | 5/20/19 | ✓ | | | | REDACTED 08/12/2017 SE Image of Jane Doe I (20170812_084403.jpg) | |
| 1120 | '' | ✓ | | | | REDACTED 08/12/2017 SE Image of Jane Doe I (20170812_173318.jpg) | |
| 1121 | '' | ✓ | | | | REDACTED 08/12/2017 SE Image of Jane Doe I (20170812_084357.jpg) | |
| 1122 | 5/22/19 | | | ✓ | Adm | REDACTED 09/30/2017 SE Image of Jane Doe I (20170930_074159.jpg) | |
| 1123 | 5/20/19 | ✓ | | | | Google login log from lexinpocatello account | |
| 1124 | '' | ✓ | | | | Screenshot from Video of Child Pornography uploaded to the lexgoodwin85 on 8/3/2017 ( Girls_with_a_baby1.wmv) | |
| 1124a | '' | ✓ | | | | Screenshot from Video of Child Pornography uploaded to the lexgoodwin85 on 8/3/2017 ( Girls_with_a_baby1.wmv) | |
| 1124b | '' | ✓ | | | | Screenshot from Video of Child Pornography uploaded to the lexgoodwin85 on 8/3/2017 ( Girls_with_a_baby1.wmv) | |
| 1124c | '' | ✓ | | | | Upload data from Video of Child Pornography uploaded to the lexgoodwin85 on 8/3/2017 ( Girls_with_a_baby1.wmv) | |
| 1125 | '' | ✓ | | | | 08/23/2017 through 10/05/2017 Appointment | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Conformation Emails from GRIFOLS to lexgoodwin85@gmail.com | |
| 1126 | 5/20/19 | ∽ | | | Image of Defendant donating plasma taken on 8/30/2017 (20170830_181611.jpg) | |
| 1126a | ῾῾ | ∽ | | | EXIF/Location/Upload Data for Image of Defendant donating plasma taken on 8/30/2017 (20170830_181611.jpg) | |
| 1127 | ῾῾ | ∽ | | | Image of Defendant donating plasma taken on 09/19/2017 (20170919_110139.jpg) | |
| 1127a | ῾῾ | ∽ | | | EXIF/Location/Upload Data for Image of Defendant donating plasma taken on 09/19/2017 (20170919_110139.jpg) | |
| 1128 | ῾῾ | ∽ | | | Image of an arm with a needle in it taken 09-19-2017 (20170919_110920.jpg) | |
| 1128a | ῾῾ | ∽ | | | EXIF/Location/Upload Data for Image of an arm with a needle in it taken 09-19-2017 (20170919_110920.jpg) | |
| 1129 | ῾῾ | ∽ | | | Video a family singing Happy Birthday taken 08/12/2017 | |
| 1130 | 5/21/19 | | | Adm | Image of child pornography located on the Gateway laptop (Melinda Series) | |
| 1131 | 5/22/19 | | ∽ | Adm | Redacted Audio Recording of 2009 Officer Underwood Interview with Defendant | |
| 1132 | 5/20/19 | ∽ | | | Picture of Jane Doe II | |
| 1133 | ῾῾ | ∽ | | | Certified Minute Entry & Order from CR-2007-0011639-FE | |